UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHIRLEY L. SHEETS, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|     v. | )  CAUSE NO. 3:04-CV-676 RM |
| | ) |
| NATIONAL ACTION FINANCIAL | ) |
| SERVICES, INC. and PLATINUM | ) |
| RECOVERY SOLUTIONS, INC., | ) |
| | ] |
|     Defendants | ) |

OPINION AND ORDER

On May 9, 2005, Magistrate Judge Nuechterlein entered an order bifurcating discovery in this matter. That order appears to contemplate a stay on the issue of class certification. The court now affords the parties ten days to file any objections to having this case stayed as to the issue of class certification.

SO ORDERED.

ENTERED: May 12, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court